IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SOLOTHAL THOMAS,**

    **Petitioner,**

**v.**                     //         CIVIL ACTION NO. 1:11CV30
                                               (Judge Keeley)

**WARDEN TERRY O'BRIEN,**

    **Respondent.**

### ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 9) AND DISMISSING § 2241 PETITION WITHOUT PREJUDICE

On April 18, 2011, United States Magistrate Judge James E. Seibert issued a Report and Recommendation ("R&R"), that concluded the pro se petitioner, Solothal Thomas ("Thomas"), a prisoner in the custody of the Bureau of Prisons ("BOP"), had improperly filed this action relating to the conditions of his confinement (housing in administrative detention) under 28 U.S.C. § 2241. The Court notes that, even had this case been properly filed under § 2241, Thomas has not presented his complaint through the BOP's administrative remedy process.

Thomas did not file objections to the R&R, and the time to do so has expired. The Court therefore **ADOPTS** the R&R in its entirety, and **DISMISSES** the § 2241 petition **WITHOUT PREJUDICE.**

It is so **ORDERED.**

Pursuant to Fed. R. Civ. P. 58, the Court directs the Clerk to enter a separate judgment order and to transmit copies of it and

this Order to all appropriate agencies, and to the pro se petitioner via certified mail, return receipt requested.

Dated: July 20, 2011.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE